**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MICHAEL PIAZZA, EXECUTOR,<br>OF THE ESTATE OF MARGARET PIAZZA,<br>AND MARIA PIAZZA,<br>Plaintiffs,<br><br>v.<br><br>MEDLINE INDUSTRIES, LP, COMMUNITY SURGICAL SUPPLY AKA COMMUNITY SURGICAL SUPPLY OF TOMS RIVER LLC, AND ADAPTHEALTH PATIENT CARE SOLUTIONS LLC<br>Defendant. | Docket No. 3:26-cv-01028-MPS<br><br>JULY 10, 2026 |

**STATEMENT RE: CITIZENSHIP OF DEFENDANTS COMMUNITY SURGICAL SUPPLY OF TOMS RIVER, LLC AND ADAPTHEALTH PATIENT CARE SOLUTIONS LLC**

Counsel for Defendants, Community Surgical Supply of Toms River, LLC (" Community Surgical") and AdaptHealth Patient Care Solutions LLC ("AdaptHealth), hereby submits this statement regarding Community Surgical's and AdapthHealth's citizenship, pursuant to this Court's July 1, 2026 Order (DE 15), which states, "[s]s to Community Surgical Supply of Toms River LLC and AdaptHealth Patient Care Solutions LLC, the Notice sets forth the entities that own each… [but] [t]hese descriptions are insufficient for the Court to determine citizenship." *Id.* (citing *Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51-52 (2d Cir. 2000) (A "limited liability company has the citizenship of its membership.")

**Community Surgical's Residence for Purposes of Diversity Jurisdiction**

Community Surgical Supply of Toms River, LLC is a limited liability company, with a single member, as it is wholly owned by AdaptHealth LLC. Thus, its residence, for purposes of diversity is determined by the residence of its sole member, AdaptHealth LLC. AdaptHealth LLC,

is, in turn, also a limited liability company, and thus its citizenship is determined by the citizenship of each of its member(s). AdaptHealth LLC also has a single member, as it is wholly owned by AdaptHealth Intermediate HoldCo LLC. Thus, in turn, because AdaptHealth Intermediate HoldCo LLC is also a limited liability company, its citizenship is determined by the citizenship of each of its member(s). AdaptHealth Intermediate HoldCo LLC also has a single member, as it is wholly owned by AdaptHealth Holdings LLC. Thus, in turn, because AdaptHealth Holdings LLC is also a limited liability company, its citizenship is determined by the citizenship of each of its member(s). AdaptHealth Holdings LLC, in turn, also has a single member, as it is wholly owned by AdaptHealth Corp. AdaptHealth Corp. is a is a publicly traded corporation, and thus its citizenship, for purposes of diversity, is deemed to be both the state in which it is incorporated, as well as the state in which it maintains its principal place of business. *OneWest Bank, N.A. v. Melina*, 827 F.3d 214, 218 (2d Cir. 2016) ("28 U.S.C. § 1332 provides that a corporation 'shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business.'") (citing 28 U.S.C. § 1332(c)(1)). AdaptHealth Corp. is incorporated in Delaware, and its principal place of business is Pennsylvania.

Thus, in sum, Community Surgical Supply of Toms River, LLC is diverse from Plaintiffs for purposes of determining diversity of citizenship, as Plaintiffs are not citizens of Delaware of Pennsylvania.

**<u>AdaptHealth's Residence for Purposes of Diversity Jurisdiction</u>**

The Defendant AdaptHealth Patient Care Solutions LLC is a limited liability company, and thus its citizenship is determined by the citizenship of each of its member(s). AdaptHealth Patient Care Solutions LLC has a single member, as it is wholly owned by NRE Holding LLC. Thus, in

turn, because NRE Holding LLC is also a limited liability company, its citizenship is determined by the citizenship of each of its member(s). NRE Holding LLC has a single member, as it is wholly owned by AdaptHealth LLC. AdaptHealth LLC, is, in turn, also a limited liability company, and thus its citizenship is determined by the citizenship of each of its member(s). AdaptHealth LLC also has a single member, as it is wholly owned by AdaptHealth Intermediate HoldCo LLC. Thus, in turn, because AdaptHealth Intermediate HoldCo LLC is also a limited liability company, its citizenship is determined by the citizenship of each of its member(s). AdaptHealth Intermediate HoldCo LLC also has a single member, as it is wholly owned by AdaptHealth Holdings LLC. Thus, in turn, because AdaptHealth Holdings LLC is also a limited liability company, its citizenship is determined by the citizenship of each of its member(s). AdaptHealth Holdings LLC, in turn, also has a single member, as it is wholly owned by AdaptHealth Corp. AdaptHealth Corp. is a is a publicly traded corporation, and thus its citizenship, for purposes of diversity, is deemed to be both the state in which it is incorporated, as well as the state in which it maintains its principal place of business. *OneWest Bank, N.A. v. Melina*, 827 F.3d 214, 218 (2d Cir. 2016) ("28 U.S.C. § 1332 provides that a corporation 'shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business.'") (citing 28 U.S.C. § 1332(c)(1)). AdaptHealth Corp. is incorporated in Delaware, and its principal place of business is Pennsylvania. Thus, in sum, Community Surgical Supply of Toms River, LLC is diverse from Plaintiffs for purposes of determining diversity of citizenship.

Thus, in sum, AdaptHealth Patient Care Solutions LLC is diverse from Plaintiffs for purposes of determining diversity of citizenship, as Plaintiffs are not citizens of Delaware of Pennsylvania.

Respectfully submitted this 10th day of July, 2026, by:

DEFENDANTS,
COMMUNITY SURGICAL SUPPLY OF TOMS RIVER LLC, AND ADAPTHEALTH PATIENT CARE SOLUTIONS LLC

By: /s/ *John C. Pitblado*
John C. Pitblado, Esq. (ct25563)
Marc G. Bernatchez, Esq. (ct31982)
CARLTON FIELDS, P.A.P.C
One State Street, Suite 1800
Hartford, CT 06103
T: 860-392-5042 / F: 860-392-5058
jpitblado@carltonfields.com
mbernatchez@carltonfields.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 10, 2026, the foregoing was electronically filed with the Clerk of the United States District Court for the District of Connecticut, using the Court's CM/ECF system which will automatically serve all counsel of record via electronic delivery. The foregoing document is also available for viewing and/or downloading from CM/ECF.

*/s/ John C. Pitblado*
John C. Pitblado