**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF CONNECTICUT**

MICHAEL PIAZZA, EXECUTOR OF THE ESTATE OF MARGARET PIAZZA; and MARIA PIAZZA
Plaintiff

DOCKET NO.:

vs.

3:26-cv-01028

MEDLINE INDUSTRIES, LP; COMMUNITY SURGICAL SUPPLY AKA COMMUNITY SURGICAL SUPPLY OF TOMS RIVER LLC; And ADAPTHEALTH PATIENT CARE SOLUTIONS, LLC
Defendants

JULY 24, 2026

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

The undersigned on behalf of the defendant, Medline Industries, LP, states that Medline Industries, LP is headquartered in Illinois, and formed pursuant to the laws of the State of Illinois. However, as a limited partnership, Medline Industries, LP has numerous limited partners located across the country and therefore is deemed a citizen of each of the states in which its limited partners are located or domiciled. Based upon research, it indicates that there are at least one or more current limited partners of Medline Industries, LP  which are domiciled in the State of Connecticut.

THE DEFENDANT MEDLINE INDUSTRIES, LP

BY:______ct11937________________________

Kevin S. Coyne
Coyne, von Kuhn & Brady, LLC
4 Armstrong Road
Shelton, CT 06484
T: 203-378-7100
F: 203-378-7711
Email: kcoyne@coynelaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 24th day of July, 2026, the foregoing Rule 7.1 Disclosure Statement was filed electronically and a copy was served via electronic mail to the following parties of record:

Attorney Paul Joseph Ganim
Ganim Legal, P.C.
2370 Park Avenue
Bridgeport CT 06604
Email: paul@ganimlegal.com

Attorney John C. Pitblado
Carlton Fields, P.A. P.C.
One State Street
Suite 1800 Hartford CT 06103
Email: jpitblado@carltonfields.com

BY:_____ct11937________________________

Kevin S. Coyne
Coyne, von Kuhn & Brady, LLC
4 Armstrong Road
Shelton, CT 06484
T: 203-378-7100
F: 203-378-7711
Email: kcoyne@coynelaw.com